

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00041-CV

| | | |
|---|---|---|
| DONALD STEWART, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-000002-16) |
| V. | § | September 28, 2023 |
| TEXAS FARMERS INSURANCE COMPANY, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Donald Stewart shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth